FILED

08 JAN 16 PM 2: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *GP*                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0133 BEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| | ) | and (b) - Attempted Entry After |
| LUIS MARTIN ARELLANO-VEGA, | ) | Deportation |
| | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about November 15, 2007, within the Southern District of California, defendant LUIS MARTIN ARELLANO-VEGA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed

//

//

WDK:em:Imperial
1/16/08

1  an overt act to wit, crossing the border from Mexico into the United

2  States, that was a substantial step toward committing the offense, all

3  in violation of Title 8, United States Code, Sections 1326(a) and (b).

4      It is further alleged that defendant LUIS MARTIN ARELLANO-VEGA

5  was removed from the United States subsequent to March 15, 1999.

6      DATED: January 16, 2008.

7                                    A TRUE BILL:

8

9                                    _____

10                                   Foreperson

11  KAREN P. HEWITT
    United States Attorney

12

13  By: _____
        DOUGLAS KEEHN

14      Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2