```
 1   KAREN P. HEWITT
     United States Attorney
 2   LUELLA M. CALDITO
     Assistant U.S. Attorney
 3   California State Bar No. 215953
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-7035 / Fax: (619) 235-2757
     Email: Luella.Caldito@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0133-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| LUIS MARTIN ARELLANO-VEGA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

//

//

//

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u> (If none, enter "None" below)

6  None.

7  Please call me if you have any questions about this notice.

8  DATED: January 30, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0133-BEN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| LUIS MARTIN ARELLANO-VEGA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Diana M. Regan, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008.

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant U.S. Attorney