1  **DIANE M. REGAN**
   California State Bar No. 207027
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone:  (619) 234-8467
4  Facsimile:  (619) 687-2666
   Email: Diane -Regan@fd.org
5

6  Attorneys for Mr. Arellano-Vega

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (**HONORABLE ROGER BENITEZ**)

11  UNITED STATES OF AMERICA,         )   CASE NO.  08CR0133-BEN
                                      )
12              Plaintiff,            )   DATE:      March 3,  2007
                                      )   TIME:      2:00 p.m.
13  v.                                )
                                      )   NOTICE OF MOTIONS AND MOTIONS:
14  LUIS MARTIN ARELLANO-VEGA,        )
                                      )   (1)   TO COMPEL DISCOVERY/
15              Defendant.            )         PRESERVE EVIDENCE;
                                      )
16                                    )   (2)   TO GRANT LEAVE TO FILE
                                      )         FURTHER MOTIONS.
17                                    )
                                      )   _____
18  _____    )

19  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        LUELLA CALDITO,  ASSISTANT UNITED STATES ATTORNEY:
20

21       PLEASE TAKE NOTICE that on March 3, 2008, at 2:00 p.m. or as soon thereafter as counsel may

22  be heard, the defendant, Mr. Arellano-Vega, by and through his counsel, Diane M. Regan and Federal

23  Defensers of San Diego, Inc., will ask this Court to enter an order granting the following motions.

24

25

26

27

28

**MOTIONS**

The defendant, Luis Martin Arellano-Vega, by and through his attorneys, Diane M. Regan and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

    1) to compel discovery/preserve evidence;
    2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                              Respectfully submitted,

                                              */s/ Diane M. Regan*
Dated: February 11, 2008                **DIANE M. REGAN**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Arellano-Vega