KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035
Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS MARTIN ARELLANO-VEGA, <br><br> Defendant. | CRIM. CASE NO.  08CR0133-BEN <br><br> DATE: March 3, 2008 <br> TIME: 2:00 p.m. <br><br> GOVERNMENT'S NOTICE OF MOTIONS AND MOTIONS FOR RECIPROCAL DISCOVERY AND TO COMPEL FINGERPRINT EXEMPLARS |

## NOTICE OF MOTION

TO:  Diane Regan, Esq., Federal Defenders of San Diego, Inc, counsel for defendant, Luis Martin Arellano-Vega,

PLEASE TAKE NOTICE that on Monday, March 3, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:     February 19, 2008

                                                    Respectfully submitted,

                                                  KAREN P. HEWITT
                                                  United States Attorney

                                                  /s/ Luella M. Caldito
                                                  LUELLA M. CALDITO
                                                  Assistant United States Attorney
                                                  Attorneys for Plaintiff
                                                  United States of America
                                                  Email: Luella.Caldito@usdoj.gov