1 | **DIANE M. REGAN**
California Bar No. 207027
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5030
Telephone:  (619) 234-8467
4 | E-mail: Diane_Regan@fd.org

5 | Attorneys for Mr. Arellano-Vega

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA,           )     CASE NO. 08CR00133-BEN
                                        )
12 |           Plaintiff,               )
                                        )
13 | v.                                 )
                                        )     **JOINT MOTION TO CONTINUE**
14 | LUIS MARTIN ARELLANO-VEGA,          )     **MOTION HEARING/TRIAL SETTING**
                                        )
15 |           Defendant.               )
                                        )
16

17 |       **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that

18 | defendant Luis Martin Arellano-Vega Motion Hearing/Trial Setting date of Monday, May 19, 2008 at 2:00

19 | p.m. be continued to Monday, June 30, 2008 at 2:00 p.m.  The new date is confirmed to be acceptable with

20 | court staff.

21 |       **SO STIPULATED.**

22

23 | Dated: May 15, 2008                 _/s/ Diane Regan_____
                                        **DIANE M. REGAN**
24 |                                     Federal Defenders of San Diego Inc.
                                        Attorneys for Mr. Arellano-Vega
25

26 | Dated: May 15, 2008                 _/s/ Luella Caldito_____
                                        **LUELLA CALDITO**
27 |                                     Assistant United States Attorney

28

H:\DIS\ATTORNEYS\DMR\JOINT MTN TO CONTINUEARELLANO-VEGA.WPD

08CR00133-BEN

1

**CERTIFICATE OF SERVICE**

2

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

3

her information and belief, and that a copy of the foregoing document has been served this day upon:

4

**Luella Caldito**

5

Luella.Caldito@usdoj.gov

6

7

Dated: May 15, 2008                                   */s/ Diane Regan*

**DIANE M. REGAN**

8

Federal Defenders of San Diego, Inc.

225 Broadway, Suite 900

9

San Diego, CA 92101-5030

(619) 234-8467  (tel)

10

(619) 687-2666  (fax)

E-mail: Diane_Regan@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR00133-BEN